AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

Alisan Fine Art Co. Ltd.

V.

The Entities Listed on Exhibit 1

CASE NUMBER: 1:23-cv-15350

ASSIGNED JUDGE: Judge John J. Tharp, Jr.

DESIGNATED MAGISTRATE JUDGE: Judge Jeffrey T. Gilbert

TO: (Name and address of Defendant)

trimyourselffday.com and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shengmao Mu
Whitewood Law PLLC
57 West, 57th Street, 3rd and 4th Floors,
New York, NY, 10019
smu@whitewoodlaw.com

an answer to the complaint which is herewith served upon you, **21** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Maureen Kennedy*

(By) DEPUTY CLERK

November 28, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 11/28/2023 |
| NAME OF SERVER *(PRINT)* SHENGMAO MU | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): served via email to the addresses provided by the platforms and found on Defendants' websites with a link that contains the Complaint, Summons, and all other supporting documents; served via email to the platforms with the same link and instructed platforms to forward the same to the Defendants

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/28/2023     *Shengmao Mu*
             Date            Signature of Server

             Address of Server
             Whitewood Law PLLC
             57 West, 57th Street,
             3rd and 4th Floors,
             New York, NY, 10019

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.