IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ALISAN FINE ART CO. LTD.,** | ) |
| | ) Case No. 23-15350 |
| | ) |
| **Plaintiff,** | ) |
| | ) Judge: John J. Tharp, Jr. |
| vs. | ) |
| | ) |
| **THE ENTITIES listed on EXHIBIT 1,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

COME NOW Patrick Jones, Christopher A. Thornton and AEGIS Law and hereby request this Court to approve their withdrawal as counsel for the Plaintiff. Whitewood Law PLLC will remain as counsel for the Plaintiff.

Respectfully submitted,

By: /s/ Patrick M. Jones
Patrick M. Jones
Counsel for the Plaintiff

**AEGIS Law**

Patrick M. Jones (IL #6271256)
Christopher A. Thornton (IL #6239332)
Willis Tower
233 South Wacker Drive, 44th Floor
Chicago, Illinois 60606
Tel: (312) 329-0010
Email: pjones@aegislaw.com
Email: cthornton@aegislaw.com