UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISAN FINE ART CO. LTD., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE ENTITIES LISTED ON EXHIBIT )<br>1, )<br>)<br>Defendants. )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 23-cv-15350<br><br>Presiding: Hon. John J. Tharp, Jr<br>Magistrate: Hon. Jeffrey T. Gilbert |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Complaint against the following Defendant:

| **Defendant Seller Alias** | **DOE No.** |
|---|---|
| arrigaurnt.com | 154 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: Decenber 1, 2023

Respectfully submitted,

/s/ Shengmao Mu
Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

1