**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALISAN FINE ART CO. LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-cv-15350 |
| v. | ) | |
| | ) | |
| THE ENTITIES LISTED ON EXHIBIT 1, | ) | |
| | ) | **Presiding: Hon. John J. Tharp, Jr** |
| | ) | **Magistrate: Hon. Jeffrey T. Gilbert** |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby

dismisses with prejudice all causes of action in the Complaint against the following Defendant:

| Defendant Seller Alias | DOE No. |
|---|---|
| naturaspark.com | 8 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or

a motion for summary judgment in this matter. Therefore, it is respectfully submitted that

dismissal under Rule 41(a)(1)(A)(i) is appropriate.


Date: Decenber 6, 2023

Respectfully submitted,

/s/ Shengmao Mu
Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

1