

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALISAN FINE ART CO. LTD., ) Case No. 1: 23-cv-15350
)
Plaintiff, )

vs. )

JUSTFORYOU.GSHOPPER.COM )

Defendant. )

**ANSWER**

FILED
DEC 21 2023 JC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Defendant generally denies each and every allegation of Plaintiff's Complaint, except those allegations expressly admitted below. Defendant hereby answers Plaintiff's Complaint as follows:

**THE PARTIES**

1. Lack enough information to respond.

2. Admitted in part and JUSTFORYOU.GSHOPPER.COM (Defendant/the Website) is operated by a legal entity, Wuxi Jiding Network Technology Co., Ltd. (Wuxi Jiding), solely registered and resided in China.

1

3. Admitted in part and JUSTFORYOU.GSHOPPER.COM (Defendant/the Website) is operated by a legal entity, Wuxi Jiding Network Technology Co., Ltd. (Wuxi Jiding), solely registered and resided in China.

4. Denied.

## JURISDICTION AND VENUE

5. Paragraph 5 states legal conclusions to which no answer is required. To the extent that any answer is required, Defendant denies such legal conclusions and argument.

6. Paragraph 6 states legal conclusions to which no answer is required. To the extent that any answer is required, Defendant denies such legal conclusions and argument.

7. Paragraph 7 states legal conclusions to which no answer is required. To the extent that any answer is required, Defendant denies such legal conclusions and argument.

8. Paragraph 8 states legal conclusions to which no answer is required. To the extent that any answer is required, Defendant denies such legal conclusions and argument.

## BACKGROUND

9. Lack enough information to respond.

10. Lack enough information to respond.

11. Denied. There was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the Website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

12. Lack enough information to respond.

13. Lack enough information to respond.

14. Lack enough information to respond.

15. Lack enough information to respond.

16. Lack enough information to respond.

17. Denied.

18. Lack enough information to respond.

19. Admitted in part and there was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

26. Admitted in part and there was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

27. Denied. There was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

28. Denied. There was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

29. Denied.

30. Denied.

31. Lack enough information to respond.

## COUNT ONE

32.  Defendant repeats and realleges the foregoing allegations above as if fully set forth herein.

33.  Lack enough information to respond.

34.  Denied. There was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

35.  Denied.

36.  Lack enough information to respond.

## COUNT TWO

37.  Defendant repeats and realleges the foregoing allegations above as if fully set forth herein.

38.  Admitted in part and there was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been

5

received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

39.     Admitted in part and there was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

40.     Denied. There was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

41.     Admitted in part and there was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

42.     Lack enough information to respond.

## COUNT THREE

43.    Defendant repeats and realleges the foregoing allegations above as if fully set forth herein.

44.    Admitted in part and there was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

45.    Admitted in part and there was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

46.    Denied. There was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

47.    Admitted in part and there was solely Stovis Keratin Hair Serum (the Product) inadvertently added to the Website on August 20, 2023; the Product has been removed from the Website before November 28, 2023; **ZERO/NONE** of the

7

Product had been sold on the website between August 20, 2023 to November 28, 2023 ; neither the Website nor Wuxi Jiding had ever used the other three Marks on or in connection with advertising, marketing, distribution, offering for sale and/or sale of any product; the Website has been shut down since November 28, 2023; and **ZERO/NONE** profit had been received to Defendant in connection with the four marks involved in this case in any respect. See Exhibit 1-2.

48. Lack enough information to respond.

**DEFENSES**

49. Defendant repeats and realleges the foregoing allegations above as if fully set forth herein.

50. The Court does not have personal jurisdiction over Defendant because Defendant neither waives nor consents personal jurisdiction; and Defendant neither was served in the State of Illinois nor appears in the State of Illinois nor has minimum contacts with the State of Illinois.

51. Defendant repeats and realleges the foregoing allegations above as if fully set forth herein.

51. The Venue where the Court is located is improper for this case because the Court does not have personal jurisdiction over Defendant and no such a substantial part of the events or omissions giving rise to the claims occurred in this District and Defendant didn't directly target business activities towards consumers in the State of Illinois.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for relief as follows:

1. Defendant prays for dismissal of the Preliminary Injunction against Defendant.

8

2. Defendant prays for release of the restrained asset of Defendant.

3. Defendant prays that Plaintiff recovers nothing from Defendant.

4. Defendant prays that the Court award Defendant its reasonable costs, expenses, and attorneys' fees as permitted by law including, but not limited to, pursuant to the Equal Access to Justice Act (5 U.S.C. § 504). And,

5. Defendant prays that the Court award Defendant such further and other relief as the Court may deem just and proper.

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| | |
|---|---|
| Date of Signing: | December 14, 2023 |
| Printed Name of Defendant: | JUSTFORYOU.GSHOPPER.COM |
| Street Address: | Suite 5-401, Shengang Metropolitan Plaza, Xinwu District |
| City and Country: | Wuxi City, P.R. China |
| Email Address: | wuxijd_legal@163.com |

THIS PAGE IS BLANK

## **CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, or an attorney not of record, on oath, states:

I filed a paper copy of Defendant's Answer and Exhibit 1-2 required by FED. R. CIV. P. 5(d) by SFEXPRESS, proper postage pre-paid, and deposited before 5:00 p.m. December 19, 2023, in Wuxi City P. R. China.


By: Wuxi Jiding Network Technology Co., Ltd
Legal Counsel
*Non-Attorney/Attorney Not of Record*

发件人: lidanshao
发送时间: 2023-12-06 18:16
收件人: yurong.huang; mona.zhao; lin.sun
抄送: Leon Li; Jefferson Yu; Miao Zhang; Nina Wu
主题: 「Store ID: 512932, Product Search Results」

Store ID: 512932; There are no records of the trademarks 「Unpree」 and 「Suptruck」 in this store. As shown in the picture below 👇



About 「Stovis™ Keratin Hair Serum」, This product was added to your catalog on 2023-8-20. The product is currently off the shelves.



No relevant sales records for this product in this store were found.

mail.ashopper.com/cgi-bin/frame.html?sid=4UwFHwtRUQh5mwRh.2&sign_type=&r=779bbf14d44f6e5cd65131ea2c02f6af    1/2



Please feel free to contact me if you have any questions.

Regards

--



**Lola Shao**
Operation Consultant
Shoplazza

+86 15287528411

shaolidan@shoplazza.com

shoplazza.cn

---

The information contained in this message may be confidential. It is intended to be read only by the individual or entity to whom it is addressed or by their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message!
本邮件所载内容可能含有保密信息。仅供收件人个人或实体或其指定人员阅读。如果此邮件的读者不是预期收件人，请注意，严禁以任何形式传播此邮件。如果您错误地收到此邮件，请立即通知发件人并删除或销毁此邮件的任何副本。







← → C  justforyou.gshopper.com   ☆ ▢ ● ⋮

### 502

**Bad Gateway**

Error Times: Thu, 07 Dec 2023 11:03:07 GMT
IP: 119.123.209.47       Node information: CS-JJN-01Alv115:13
URL: http://justforyou.gshopper.com/
X-Ws-Request-Id: 6571a66b_CS-JJN-01fet114_22588-47557
Check: Details

