IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------------------X

ALISAN FINE ART CO. LTD.

       Plaintiff,

                    Civil Action No.: 1:23-cv-15350

 -against-

Entities Listed on Exhibit 1

       Defendants.

------------------------------------------------------------------------X

## MOTION FOR AN EXTENSION OF TIME TO ANSWER

  Defendants contributioy.com, fortcolory.com, and theoleonspot.com ("Defendants") by and through their attorneys Jacob Chen and DGW Kramer LLP, respectfully move this Court for an extension of time pursuant to Fed. R. Civ. P. 6(b) to file a response to the Complaint in this action.

  In support of their motion, Defendants state as follows:

1. This is the first motion for an extension of time filed by the Defendants.

2. The Defendants have only just recently retained counsel to represent them in this matter, and counsel for Defendants are currently getting up to speed with respect to this case including gathering all documents and information as to Plaintiff's allegations to prepare a response.

3. Defendants thus seek additional seek time to try and reach an agreement with Plaintiff, or if not, respond to Plaintiff's Complaint.

4. This Court may, for good cause, extend the time by which Defendants' response is due if a request is made on motion after time has expired if the party failed to act because of excusable neglect. Fed. R. Civ. P. 6(b).

1

5. The Defendants respectfully request this Court extend the date 21 days from the date of this filing on which Defendants must respond to Plaintiff's Complaint, from the date of the entry of any order.

6. Counsel for Defendants immediately contacted Counsel for Plaintiff with respect to this motion on Thursday December 21 and again on Friday December 22, 2023, after making an appearance in this case. Counsel for Plaintiff have not responded to counsel for Defendants' request, nor have they indicated whether or not they oppose Defendants' application.

Wherefore, for the foregoing reasons, Defendants contributioy.com, fortcolory.com, and theoleonspot.com respectfully requests that this Court enter an order extending the date on which Defendants have to respond to Plaintiff's complaint by 21 days.

Dated: New York, New York
       December 23, 2023                          /s/ Jacob Chen
                                                                      Jacob Chen