| Website | Order Number | Order Amount | Receiving City | State |
|---|---|---|---|---|
| contributioy.com | 29074S20096 | 31.83 | Pointe a pitre | |
| contributioy.com | 29074S20097 | 63.72 | Miami | FL |
| contributioy.com | 29074S20238 | 36.18 | Boothbay Harbor | ME |
| contributioy.com | 29074S20392 | 59.02 | Emiliano Zapata | VE |
| contributioy.com | 29074S20394 | 35.89 | Borgarnes All | |
| contributioy.com | 29074S20457 | 63.72 | San Juan | PR |
| contributioy.com | 29074S20464 | 36.18 | Winter Haven | FL |
| contributioy.com | 29074S20491 | 35.60 | Albufeira | 8 |
| contributioy.com | 29074S20493 | 34.73 | Leeds | |
| contributioy.com | 29074S20494 | 59.14 | Tlalnepantla | MX |
| contributioy.com | 29074S20495 | 34.73 | Langdon hills | |
| contributioy.com | 29074S20497 | 48.48 | New Orleans | LA |
| contributioy.com | 29074S20590 | 36.18 | Richmond | TX |
| contributioy.com | 29074S20593 | 63.72 | Helsingør | |
| contributioy.com | 29074S20597 | 33.57 | Atotonilco el Grande(Colonia | HG |
| contributioy.com | 29074S20600 | 48.48 | Barrigada | GU |
| contributioy.com | 29074S20709 | 33.57 | Huixquilucan | MX |
| contributioy.com | 29074S20732 | 48.48 | Riverside | CA |
| contributioy.com | 29074S20733 | 51.68 | Graulhet | |
| contributioy.com | 29074S20734 | 34.73 | London | |
| contributioy.com | 29074S20736 | 34.73 | north shields Tyne And Wear | |
| contributioy.com | 29074S20737 | 34.73 | harlow Essex | |
| contributioy.com | 29074S20890 | 34.73 | Nottingham | |
| contributioy.com | 29074S20928 | 48.48 | Houston | TX |
| contributioy.com | 29074S20930 | 35.02 | Garkalne | |
| contributioy.com | 29074S20931 | 36.18 | Garden City | KS |
| contributioy.com | 29074S20932 | 41.77 | Dürrenäsch | |
| contributioy.com | 29074S20934 | 48.48 | Jamestown | RI |
| contributioy.com | 29074S20935 | 63.09 | Toluca | MX |
| contributioy.com | 29074S20993 | 40.56 | Cabramatta | NSW |
| contributioy.com | 29074S21011 | 36.18 | Sabana Seca | PR |
| contributioy.com | 29074S21086 | 34.44 | Gernsheim | |
| contributioy.com | 29074S21088 | 61.06 | Belfast | |
| contributioy.com | 29074S21090 | 36.18 | San Lorenzo | PR |
| contributioy.com | 29074S21091 | 36.18 | Craigieburn | VIC |
| contributioy.com | 29074S21093 | 63.72 | Nulsen | WA |
| contributioy.com | 29074S21139 | 68.11 | Salisbury | MD |
| contributioy.com | 29074S21199 | 48.48 | Montreal | QC |
| contributioy.com | 29074S21214 | 34.73 | HEADCORN Kent | |
| contributioy.com | 29074S21242 | 34.73 | London | |
| contributioy.com | 29074S21272 | 40.56 | Louisville | KY |
| contributioy.com | 29074S21273 | 36.18 | Trujillo Alto | PR |
| contributioy.com | 29074S21274 | 28.70 | Trujillo Alto | PR |

| | | | | |
|---|---|---|---|---|
| contributioy.com | 29074S21275 | 42.85 | Caguas Puerto Rico | |
| contributioy.com | 29074S21278 | 36.18 | Donvale | VIC |
| contributioy.com | 29074S21279 | 33.57 | TAXCO(La Mision) | GR |
| contributioy.com | 29074S21280 | 35.60 | Linda-a-Velha | 11 |
| contributioy.com | 29074S21281 | 61.06 | Manchester England | |
| contributioy.com | 29074S21286 | 34.73 | Church Gresley, swadlincote Dby | |
| contributioy.com | 29074S21341 | 35.60 | WARSZAWA Ma | |
| contributioy.com | 29074S21348 | 50.75 | Rotherham | |
| contributioy.com | 29074S21349 | 36.18 | Anchorage | AK |
| contributioy.com | 29074S21381 | 36.18 | Stpaul | MN |
| contributioy.com | 29074S21382 | 63.72 | Ottawa | ON |
| contributioy.com | 29074S21384 | 36.18 | Brooklyn | NY |
| contributioy.com | 29074S21385 | 36.18 | Weslaco | TX |
| contributioy.com | 29074S21387 | 63.72 | Craigieburn | VIC |
| contributioy.com | 29074S21388 | 63.21 | cdmx | DF |
| contributioy.com | 29074S21439 | 43.81 | São Paulo | SP |
| contributioy.com | 29074S21476 | 34.00 | Lakes St Andrews | |
| contributioy.com | 29074S21477 | 34.73 | West Bromwich | |
| contributioy.com | 29074S21481 | 42.85 | Juncos | |
| contributioy.com | 29074S21482 | 48.48 | Brockton | MA |
| contributioy.com | 29074S21484 | 63.21 | Magdalena Contreras | DF |
| contributioy.com | 29074S21485 | 31.83 | belfort | |
| contributioy.com | 29074S21486 | 31.17 | Cheseaux-sur-lausanne | |
| contributioy.com | 29074S21487 | 63.60 | Kurrimine beach | QLD |
| contributioy.com | 29074S21488 | 58.72 | Hutchinson | MN |
| contributioy.com | 29074S21489 | 36.18 | Middle River | MD |
| contributioy.com | 29074S21491 | 48.48 | Port Arthur | TX |
| contributioy.com | 29074S21492 | 63.60 | Halls | TN |
| contributioy.com | 29074S21494 | 34.73 | Exeter | |
| contributioy.com | 29074S21496 | 87.40 | Crawley Westsussex | |
| contributioy.com | 29074S21497 | 33.57 | Ciudad ObregÓn | SO |
| contributioy.com | 29074S21498 | 63.72 | tierra verde | FL |
| contributioy.com | 29074S21499 | 33.68 | Brockton | MA |
| contributioy.com | 29074S21501 | 58.51 | Katikati | BP |
| contributioy.com | 29074S21518 | 34.73 | Ringwood | |
| contributioy.com | 29074S21519 | 36.18 | Mount Martha | VIC |
| contributioy.com | 29074S21522 | 36.18 | Northbrook | IL |
| contributioy.com | 29074S21523 | 48.48 | string:SAINT LOUIS | MO |
| contributioy.com | 29074S21525 | 48.48 | Acworth | GA |
| contributioy.com | 29074S21591 | 50.75 | Diss Norfolk | |
| contributioy.com | 29074S21593 | 36.18 | thomasville | NC |
| contributioy.com | 29074S21607 | 35.60 | NENAGH | TA |
| contributioy.com | 29074S21611 | 63.72 | Lahaina | HI |
| contributioy.com | 29074S21639 | 36.18 | Lidcombe | NSW |

| | | | | |
|---|---|---|---|---|
| contributioy.com | 29074S21741 | 106.46 | SAN BARTOLOMÉ DE TIRAJA | GC |
| contributioy.com | 29074S21890 | 33.57 | Cdmx | DF |
| contributioy.com | 29074S21891 | 36.18 | Orange | CA |
| contributioy.com | 29074S21894 | 36.18 | EL PASO | TX |
| contributioy.com | 29074S21926 | 50.49 | SAINTE-SUZANNE | |
| contributioy.com | 29074S21945 | 50.98 | Nuuk | |
| contributioy.com | 29074S21956 | 63.72 | Toa Baja | PR |
| contributioy.com | 29074S21957 | 63.21 | Fracc Campestre del Bosque | PU |
| contributioy.com | 29074S21959 | 36.18 | Phoenix | AZ |
| contributioy.com | 29074S21960 | 63.72 | GOFFSTOWN | NH |
| contributioy.com | 29074S21962 | 84.68 | Burbank | IL |
| contributioy.com | 29074S21964 | 63.72 | Scarborough | ON |
| contributioy.com | 29074S21968 | 36.18 | Denver | CO |
| contributioy.com | 29074S21969 | 48.48 | HONOLULU | HI |
| contributioy.com | 29074S21972 | 63.72 | London | ON |
| contributioy.com | 29074S21976 | 37.64 | Bahía de banderas | NA |
| contributioy.com | 29074S21977 | 36.18 | Hemet | CA |
| contributioy.com | 29074S21979 | 36.18 | Paia | HI |
| contributioy.com | 29074S22049 | 61.18 | stafford Staffordshire | |
| contributioy.com | 29074S22050 | 105.34 | Clewiston | FL |
| contributioy.com | 29074S22051 | 48.48 | Northbrook | IL |
| contributioy.com | 29074S22114 | 35.02 | Hostomice pod Brdy | |
| contributioy.com | 29074S22115 | 46.54 | scunthorpe N/A | |
| contributioy.com | 29074S22152 | 34.73 | Manchester Lancashire | |
| theoleonspot.com | 13528S15006 | 37.28 | Chicago | IL |
| fortcolory.com | 27990S19441 | 36.20 | Chicago | IL |
| contributioy.com | 29074S22159 | 45.64 | Springfield | MA |
| contributioy.com | 29074S22162 | 48.48 | Corona | NY |
| contributioy.com | 29074S22165 | 63.60 | Queen Creek | AZ |