UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISAN FINE ART CO. LTD., <br><br> Plaintiff, <br> v. <br><br> THE ENTITIES LISTED ON EXHIBIT 1, <br><br> Defendants. | Civil Action No. 23-cv-15350 <br><br> Presiding: Hon. John J. Tharp, Jr <br> Magistrate: Hon. Jeffrey T. Gilbert |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Complaint against the following Defendants:

| Defendant Seller Alias | DOE No. |
|---|---|
| yosline.com | 47 |
| vwcros.com | 75 |
| vvdosr.com | 144 |
| nxsder.com | 149 |
| tosline.com | 152 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Date: February 8, 2024 Respectfully submitted,

/s/ Shengmao Mu
Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*