UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISAN FINE ART CO. LTD., | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 23-cv-15350 |
| v. | )<br>) |
| THE ENTITIES LISTED ON EXHIBIT 1, | )<br>) Presiding: Hon. John J. Tharp, Jr<br>) Magistrate: Hon. Jeffrey T. Gilbert |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Complaint against the following Defendants:

| **Defendant Seller Alias** | **DOE No.** |
|---|---|
| zeaedy.com | 31 |
| diorrhy.com | 37 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Date: February 15, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Shengmao Mu
　　　　　　　　　　　　　　　　　　　　　Shengmao Mu
　　　　　　　　　　　　　　　　　　　　　**WHITEWOOD LAW PLLC**
　　　　　　　　　　　　　　　　　　　　　57 W. 57th Street
　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　Tel: (917) 858-8018
　　　　　　　　　　　　　　　　　　　　　Email: smu@whitewoodlaw.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*