# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALISAN FINE ART CO. LTD., | ) |
| Plaintiff, | ) Civil Action No. 23-cv-15350 |
| v. | ) |
| THE ENTITIES LISTED ON EXHIBIT 1, | ) Presiding: Hon. John J. Tharp, Jr |
| | ) Magistrate: Hon. Jeffrey T. Gilbert |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Complaint against Defendant kalcod.com, identified as Doe No. 84 in Schedule A to the Complaint, ("Defendant"). Each party shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: February 19, 2024　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Shengmao Mu
　　　　　　　　　　　　　　　　　　　　　　Shengmao Mu
　　　　　　　　　　　　　　　　　　　　　　**WHITEWOOD LAW PLLC**
　　　　　　　　　　　　　　　　　　　　　　57 W. 57th Street
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　　Tel: (917) 858-8018
　　　　　　　　　　　　　　　　　　　　　　Email: smu@whitewoodlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*