# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALISAN FINE ART CO. LTD., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 23-cv-15350 |
| v. ) | |
| ) | |
| THE ENTITIES LISTED ON EXHIBIT 1, ) | Presiding: Hon. John J. Tharp, Jr |
| ) | Magistrate: Hon. Jeffrey T. Gilbert |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Complaint against Defendant siberl.com, identified as Doe No. 13 in Schedule A to the Complaint, ("Defendant"). Each party shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: February 20, 2024                                     Respectfully submitted,

/s/ Shengmao Mu
Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

1