# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALISAN FINE ART CO. LTD., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 23-cv-15350 |
| v. ) | |
| ) | |
| THE ENTITIES LISTED ON EXHIBIT ) | |
| 1, ) | Presiding: Hon. John J. Tharp, Jr |
| ) | Magistrate: Hon. Jeffrey T. Gilbert |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Complaint against the following Defendants:

| Defendant Seller Alias | DOE No. |
|---|---|
| contributioy.com | 22 |
| theoleonspot.com | 29 |
| fortcolory.com | 32 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Date: February 22, 2024	Respectfully submitted,

                                              /s/ Shengmao Mu
                                              Shengmao Mu
                                              **WHITEWOOD LAW PLLC**
                                              57 W. 57th Street
                                              New York, New York 10019
                                              Tel: (917) 858-8018
                                              Email: smu@whitewoodlaw.com

                                              *Counsel for Plaintiff*