UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISAN FINE ART CO. LTD., | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 23-cv-15350 |
| v. | ) ) |
| THE ENTITIES LISTED ON EXHIBIT 1, | ) ) ) Presiding: Hon. John J. Tharp, Jr ) Magistrate: Hon. Jeffrey T. Gilbert |
| Defendants. | ) ) ) ) ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Complaint against the following Defendants:

| **Defendant Seller Alias** | **DOE No.** |
|---|---|
| dealzyx.com | 35 |
| jumbozo.com | 42 |
| quietwhile.com | 161 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: February 22, 2024

Respectfully submitted,

/s/ Shengmao Mu
Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com
*Counsel for Plaintiff*

1