UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISAN FINE ART CO. LTD., | ) |
| Plaintiff, | ) Civil Action No. 23-cv-15350 |
| v. | ) |
| THE ENTITIES LISTED ON EXHIBIT 1, | ) Presiding: Hon. John J. Tharp, Jr |
| | ) Magistrate: Hon. Jeffrey T. Gilbert |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO STRIKE

Due to the undersigned's oversight, Plaintiff inadvertently filed the notice of voluntary dismissal containing incorrect defendant information. [ECF No. 157]

The undersigned apologizes for the confusion caused and respectfully requests to remove this filing. Plaintiff will refile the motion with correct Defendants' information.

Dated: 02/28/2024

/s/Shengmao Mu
Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

1